IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **UNIVERSAL CITY STUDIOS LLC and UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,**<br>    *Plaintiffs*,<br><br>v.<br><br>**P324XIANGCHENGXIANQIANMIAO BAIHUODIAN, et al.,**<br><br>    *Defendants*. | Civil Action No.<br>1:25-CV-5028-MHC |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Universal City Studios LLC and Universal City Studios Productions LLLP (collectively, "Plaintiffs") hereby voluntarily dismisses this action against the following Defendants without prejudice, with each party to bear its own attorneys' fees and costs:

1. QQMARKET
2. YueTogiveLi
3. youqian89
4. Suiwei B
5. SnapShirts

Dated this 23rd day of October 2025.   Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Ga. Bar No. 676426
E-mail: aziegler@gbc.law
Justin R. Gaudio
Ga. Bar No. 434363
E-Mail: jgaudio@gbc.law

200 West Madison Street, Suite 2100
Chicago, Illinois 60606
Telephone: 312-360-0080
Facsimile: 312-360-9315
GREER, BURNS & CRAIN, LTD.

Carrie A. Hanlon
Ga. Bar No. 289725
E-mail: carrie@sladlaw.com
Jason H. Cooper
Ga. Bar No. 778884
E-mail: jason@sladlaw.com

1397 Carroll Drive
Atlanta, GA 30318
Telephone: (404) 252-0900
Facsimile: (404) 252-0970
THE SLADKUS LAW GROUP

*Attorneys for Plaintiffs*